```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

VALERIE ANN MORRISON,            :
                                 :
    Plaintiff,                   :
                                 :
vs.                              :     CIVIL ACTION 11-0581-M
                                 :
MICHAEL J. ASTRUE,               :
Commissioner of Social Security, :
                                 :
    Defendant.                   :

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Defendant Michael J. Astrue and against Plaintiff Valerie Ann Morrison.

DONE this 22nd day of May, 2012.

                                            s/BERT W. MILLING, JR.
                                            UNITED STATES MAGISTRATE JUDGE